IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT LOVENTHAL, | ) | |
| | ) | 1:11-cv-5775 |
| Plaintiff, | ) | |
| | ) | Judge Dow |
| v. | ) | Magistrate Judge Cox |
| | ) | |
| PENNCRO ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having received notice that Plaintiff has filed an Acceptance of an Offer of Judgment served upon him by Defendant pursuant to Fed.R.Civ.P. 68(a),

IT IS HEREBY ORDERED:

1. Judgment is entered in favor of Plaintiff, Robert Loventhal, and against Defendant, Penncro Associates, Inc., in the amount of $1,001.00 plus an amount to be determined by this Court for Plaintiff's attorneys' fees and costs.

2. Plaintiff is granted leave to file a petition for his attorneys' fees and costs pursuant to 15 U.S.C. 1692k(a)(3).

_____
Hon. Robert M. Dow, Jr.
United States District Judge

Dated: October 28, 2011